UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CARLOS DARSETT-LINDO,
    a/k/a "Carlos Brown,"

    Defendant.

- - - - - - - - - - - - - - - - - - - - - x



INDICTMENT

07 Cr. ____

07 CRM 834

JUDGE RAKOFF

## COUNT ONE

The Grand Jury charges:

From on or about January 1, 2003, up to and including on or about August 21, 2007, in the Southern District of New York and elsewhere, CARLOS DARSETT-LINDO, a/k/a "Carlos Brown," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction on or about March 28, 1991, in the New York Supreme Court, Kings County, of Criminal Possession of a Loaded Firearm in the Third Degree, in violation of New York State Penal Law § 265.02, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) & (b)(1).)

_/s/ Kathi— U. Brooks_　　　　　　　_/s/ Michael J. Garcia_
    FOREPERSON　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　　　United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS DARSETT-LINDO,
a/k/a "Carlos Brown,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____ Foreperson.

Post-It 11/1/87

9/5/07 - Fld Indictment; case assigned to Judge Rakoff for all purposes.
S/Eaton, Jr. U.S.M.J.